JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| **MARY B. PAYDAR,**<br>    **Plaintiff,**<br><br>    **vs.**<br>**LIBERTY MUTUAL INSURANCE COMPANY,**<br>    **Defendant.** | **Case No.: SA CV 16-1535-DOC (JCGx)**<br><br>**JUDGMENT** |

Having granted Defendant's Motion for Summary Judgment in its entirety, the Court hereby ORDERS that judgment be entered for Defendant in this action, and against Plaintiff, on all of Plaintiff's claims and causes of action.

DATED: September 18, 2017

*David O. Carter*

DAVID O. CARTER
UNITED STATES DISTRICT JUDGE